**Order entered January 6, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01046-CV

**ROBERT JOSEPH YEZAK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-04110-2021**

## ORDER

Before the Court are Appellant's January 3, 2023 motion for appointed counsel and motion for summary judgment. We **DENY** both motions.

/s/    BONNIE LEE GOLDSTEIN
       PRESIDING JUSTICE